# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CATHY WALLIES, on behalf of**
**A.R.A.W., a minor child**                                          **PLAINTIFF**

**V.**                            **No. 4:25-CV-00491-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                    **DEFENDANT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated 24 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE